Alan B. Exelrod – CA State Bar No. 50467
　abe@reztlaw.com
Patrice L. Goldman – CA State Bar No. 142855
　plg@reztlaw.com
Rudy, Exelrod & Zieff, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone:　(415) 434-9800
Facsimile:　(415) 434-0513

Attorneys for Plaintiff CHARLES WEDGE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WEDGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NEWELL RUBBERMAID, INC., DOES 1 to 20,<br><br>　　　　Defendants. | **CASE NO. C 05-05334 SBA**<br><br>**JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated
2  counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to
3  FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees.

DATE: September 13, 2006                RUDY, EXELROD & ZIEFF, LLP

                                        By: _____
                                            PATRICE L. GOLDMAN

                                        Attorneys for Plaintiff CHARLES WEDGE


DATE: September 18, 2006                PAUL, HASTINGS, JANOFSKY &
                                        WALKER LLP

                                        By: _____
                                            ROBERT P. KRISTOFF

                                        Attorneys for Defendants
                                        NEWELL RUBBERMAID, INC.


## [PROPOSED] ORDER

Based upon the foregoing stipulation and good cause appearing, the Court hereby orders that the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees.

DATE: 9-26-06                           SIGNED: _____
                                                THE HONORABLE
                                                SAUNDRA BROWN ARMSTRONG