Alan B. Exelrod – CA State Bar No. 50467
   abe@reztlaw.com
Patrice L. Goldman – CA State Bar No. 142855
   plg@reztlaw.com
Rudy, Exelrod & Zieff, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone:  (415) 434-9800
Facsimile:  (415) 434-0513

Attorneys for Plaintiff CHARLES WEDGE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WEDGE,<br><br>    Plaintiff,<br><br>vs.<br><br>NEWELL RUBBERMAID, INC., DOES 1 to 20,<br><br>    Defendants. | CASE NO. C 05-05334 SBA<br><br>**JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

---

Wedge v. Newell Rubbermaid, Inc.       - 1 -       Case No. C 05-05334 SBA
JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated
2  counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to
3  FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees.
4
5
6  DATE: September 13, 2006                    RUDY, EXELROD & ZIEFF, LLP
7
8                                              By: _____
                                                   PATRICE L. GOLDMAN
9
                                               Attorneys for Plaintiff CHARLES WEDGE
10
11
12 DATE: September 18, 2006                    PAUL, HASTINGS, JANOFSKY &
                                               WALKER LLP
13
14                                             By: _____
                                                   ROBERT P. KRISTOFF
15
                                               Attorneys for Defendants
16                                             NEWELL RUBBERMAID, INC.
17
18
                                    **[PROPOSED] ORDER**
19
20
21 Based upon the foregoing stipulation and good cause appearing, the Court hereby orders that the
22 above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to
23 bear its own costs and attorneys' fees.
24 DATE: 9-26-06                               SIGNED: _____
                                                        THE HONORABLE
25                                                      SAUNDRA BROWN ARMSTRONG
26
27
28

Wedge v. Newell Rubbermaid, Inc.            - 2 -                    Case No. C 05-05334 SBA
JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER